```
                                        ✓ FILED      ___ LODGED
                                        ___ RECEIVED ___ COPY

1  TIMOTHY COURCHAINE
   United States Attorney                   JUN 2 4 2025
2  District of Arizona
                                         CLERK U S DISTRICT COURT
3  GAYLE L. HELART                         DISTRICT OF ARIZONA
   California State Bar No. 151861        BY_____ Z DEPUTY
4  Email: Gayle.Helart@usdoj.gov
   Assistant United States Attorney
5  Two Renaissance Square                   REDACTED FOR
   40 N. Central Ave., Suite 1800           PUBLIC DISCLOSURE
6  Phoenix, Arizona 85004
   Telephone: 602-514-7500
7  Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | No. | CR-25-00932-PHX-DJH (MTM) |
| Plaintiff, | | **REDACTED INDICTMENT** |
| vs. | VIO: | 18 U.S.C. § 2422(b) (Coercion and Enticement of a Minor/ Attempt to Do So) Counts 1 – 10 |
| Jonathan Lane Sanders, | | |
| Defendant. | | 18 U.S.C. §§ 2252(a)(2), 2252(b)(1) and 2256 (Knowingly Receiving Child Pornography/ Attempt to Do So) Counts 11 – 14 |
| | | 18 U.S.C. § 1470 (Knowingly Transferring Obscene Material to a Minor/ Attempt to Do So) Counts 15 - 23 |
| | | 18 U.S.C. §§ 981 and 2253, 21 U.S.C. § 853 and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

**COUNTS 1 - 10**

On or between the dates below, in the District of Arizona and elsewhere, the defendant, JONATHAN LANE SANDERS, did unlawfully and knowingly use any facility

and means of interstate and foreign commerce to attempt to persuade, induce, entice, and coerce any individual who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, as follows:

| Count | Date (Approximately On or Between) | Individual Defendant Believed to be a Minor |
|---|---|---|
| 1 | November 14, 2024 – March 3, 2025 | Jane Doe 1, described with "sillymilly" in username, age 15 |
| 2 | October 29, 2024 – December 6, 2024 | Jane Doe 2, described with "deleted.loser.375" in username, age 13 |
| 3 | November 22, 2024 – January 24, 2025 | Jane Doe 3, described with "leah" in username, age 13 |
| 4 | November 13, 2024 | Jane Doe 4, described with "snakie" in username, age 14 |
| 5 | February 20, 2025 – March 15, 2025 | Jane Doe 5, described with "chloe" in username, age 14 |
| 6 | January 17, 2025 – February 5, 2025 | Jane Doe 6, described with "hiiii" in username, age 15 |
| 7 | February 14, 2025 – March 12, 2025 | Jane Doe 7, described "spidermannn" in username, age 14 |
| 8 | October 18, 2024 – March 12, 2025 | Jane Doe 8, described with "sn3u" in username, age 14 |
| 9 | November 13, 2024 – March 15, 2025 | Jane Doe 9, described with "nikola" in username, age 15 |
| 10 | December 21, 2024 – February 28, 2025 | Jane Doe 10, described with "deleted.user" in username, age 15 |

All in violation of Title 18, United States Code, Section 2422(b).

## COUNTS 11 - 14

On or about the dates listed below, in the District of Arizona and elsewhere, the defendant, JONATHAN LANE SANDERS did knowingly receive a visual depiction that involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct. The visual depiction had been mailed, had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and had been produced using materials which had been mailed, shipped, and transported by any means, including by computer, and did

attempt to do so. Some files received can be described as:

| Count | Date Received (On or about) | File(s) description (containing characters) |
|---|---|---|
| 11 | November 22, 2024 | "…IMG_3809.mov" during communication with Jane Doe 1 |
| 12 | November 7, 2024 | "…502f…" during communication with Jane Doe 2 |
| 13 | December 5, 2024 | "IMG_0506" during communication with Jane Doe 3 |
| 14 | November 13-14, 2024 | "…0024919…" during communication with Jane Doe 4 |

All in violation of Title 18, United States Code, Sections 2252(a)(2), 2252(b)(1) and 2256.

## COUNTS 15 - 23

Between on or about the dates below, in the District of Arizona and elsewhere, the defendant, JONATHAN LANE SANDERS knowingly transferred and attempted to transfer, obscene material to another individual whom he believed had not yet attained the age of 16, using a means of interstate commerce. The obscene material includes:

| Count | Date (On or About) | File Name (containing characters) |
|---|---|---|
| 15 | November 21, 2024 | "…40720…" to Jane Doe 1, age 15 |
| 16 | November 25, 2024 | "…35510…" to Jane Doe 1, age 15 |
| 17 | November 9, 2024 | "…40720…" to Jane Doe 2, age 13 |
| 18 | February 20, 2025 | "…40720…" to Jane Doe 5, age 14 |
| 19 | March 15, 2025 | "…40720…" to Jane Doe 5, age 14 |
| 20 | January 21, 2025 | "…40720…" to Jane Doe 6, age 15 |
| 21 | December 5, 2024 | "…40720…" to Jane Doe 9, age 15 |
| 22 | December 7, 2024 | "…41207…" to Jane Doe 9, age 15 |
| 23 | January 10, 2025 | "…40720…" to Jane Doe 10, age 15 |

All in violation of Title 18, United States Code, Section 1470.

- 3 -

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations of Counts 1 - 23 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 981 and 2253, Title 21 United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 - 23 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in any visual depiction, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of statute, and any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense, and any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property, including, but not limited to:

Black iPhone 14 in a black and green case;

Microsoft Surface Pro, Model 1960, Number 028608420253 with black keyboard;

Gray Dell Laptop, Model P145G, No. 9QK2GG3

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. Section 853(p).

1       All in accordance with Title 18, United States Code, Sections 981 and 2253, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: June 24, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/*
GAYLE L. HELART
Assistant U.S. Attorney